FILED

FEB - 4 2025

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

MATTHEW STEPHENS

_____
Petitioner

v.

M. BAYLESS

_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. Cr. No.: 19-224-1 MS.
(Supplied by Clerk of Court)

3:25-cv-12
Groh, Trumble, Sims

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: MATTHEW STEPHENS
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: FEDERAL PRISON CAMP MORGANTOWN
   (b) Address: P.O. BOX 1000
       MORGANTOWN, W.V. 26507
   (c) Your identification number: 69883-066
3. Are you currently being held on orders by:
   ☒ Federal authorities  ☐ State authorities  ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
   (b) Docket number of criminal case: Cr. No.: 19-224-1
   (c) Date of sentencing: DECEMBER 30, 2020
   ☐ Being held on an immigration charge
   ☒ Other (explain): SENTENCED TO (151 MONTHS) 12 YEARS AND SEVEN MONTHS.

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

69883066

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain):* I AM CHALLENGING FBOP PROGRAM STATEMENT POLICY OPI CPD/PSB NUMBER-P5331.02, EARLY RELEASE PROCEDURES UNDER 18 U.S.C. 3621(e)

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: FEDERAL CORRECTIONAL INSTITUTION (PSYCHOLOGY DEPARTMENT) FORT DIX
   (b) Docket number, case number, or opinion number: N/A
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: I AM CHALLENGING FCI FORT DIX AND (FBOP) FEDERAL BUREAU OF PRISONS FOR BEING DENIED EARLY RELEASE UNDER 18 U.S.C. 3621(e) PROGRAM STATEMENT PROCEDURE.
   (d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: FEDERAL CORRECTIONAL INSTITUTION FORT DIX PSYCHOLOGY DEPARTMENT (DR. A. HOWARD)
       (2) Date of filing: SEPTEMBER 11, 2024
       (3) Docket number, case number, or opinion number: LEGAL DEPARTMENT FTD 1330.18
       (4) Result: DENIED
       (5) Date of result: SEPTEMBER 16, 2024
       (6) Issues raised: IN WAKE OF THE NEW CHEVRON DOC'S THE LOWER COURTS HELD THAT UNDER CHEVRON, DOC'S INTERPRETATION OF THE STATUE WAS REASONABLE, SCOTUS, HOWEVER HELD THAT THE ADMINISTRATIVE REMEDY PROCEDURE ACT DIRECTS COURTS TO "DECIDE LEGAL QUESTIONS BY APPLYING THEIR OWN JUDGMENT AND THAT "AGENCY INTERPRETATIONS OF STATUES ARE NOT ENTITLED TO DEFERENCE, UNDER THE APA, IT REMAINS RESPONSIBILITY OF THE COURTS.
   (b) If you answered "No," explain why you did not appeal:

(BP-8)

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes        ☐ No

Page 3 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

69883066

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
(1) Name of the authority, agency, or court: FEDERAL CORRECTIONAL INSTITUTION (WARDEN) R. THOMPSON
(2) Date of filing: SEPTEMBER 16, 2024
(3) Docket number, case number, or opinion number: 1212568-F1
(4) Result: DENIED
(5) Date of result: SEPTEMBER 24, 2024
(6) Issues raised: IN WAKE OF CHEVRON DOC'S THE LOWER COURTS HELD THAT UNDER CHEVRON, DOC'S INTERPRETATION OF THE STATUE WAS REASONABLE, SCOTUS, HOWEVER HELD THAT THE ADMINISTRATIVE REMEDY PROCEDURE ACT DIRECTS COURTS TO "DECIDE LEGAL QUESTIONS BY APPLYING THEIR OWN JUDGMENT" AND AGENCY INTERPRETATIONS OF STATUES ARE NOT ENTITLED TO DIFERENCE, UNDER APA, IT REMAINS RESPONSIBILITY OF COURTS TO DECIDE WHAT LAW MEANS.

(BP-9)

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☒ Yes   ☐ No
(a) If "Yes," provide:
(1) Name of the authority, agency, or court: NORTHEAST REGIONAL OFFICE (FBOP) AMY BONCHER (REGIONAL DIRECTOR) SIGNED NOV. 26, 2024
(2) Date of filing: SEPTEMBER 26, 2024
(3) Docket number, case number, or opinion number: 1212568-R1
(4) Result: DENIED
(5) Date of result: DECEMBER 5, 2024
(6) Issues raised: LOPER BRIGHT MAY BE USED AGAINST THE BOP INTERPRETATION OF SOME OF THESE STATUES IT ADMINISTERS. HOWEVER LOPER BRIGHT ~~MAY NOT~~ FORCE BOP TO GIVE "FSA" CREDITS TO ADULTS IN CUSTODY WITH 18 USC 924(c) CONVICTIONS. I AM FSA ELIGIBLE AND PROGRAMMING RELENTLESSLY. I AM WORKING ON MYSELF TO CHANGE MY LIFE. I WAS ONLY (2) TWO POINTS FROM COMPLETING MY (MATH) GED.

(BP-10)

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes   ☒ No
If "Yes," answer the following:
(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☐ Yes   ☒ No

Page 4 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

69883066

FOURTH APPEAL

AFTER THE THIRD APPEAL, DID YOU FILE A FOURTH APPEAL TO A HIGHER AUTHORITY, AGENCY, OR COURT?

☒ YES ☐ NO

(a) IF "YES" PROVIDE:
  (i) NAME OF THE AUTHORITY, AGENCY, OR COURT: CENTRAL OFFICE ADMINISTRATIVE REMEDY APPEAL. SIGNED BY TIMOTHY BARNETT, ADMINISTRATOR NATIONAL INMATE APPEALS JANUARY 6, 2025.
  (2) DATE OF FILING: DECEMBER 6, 2024
  (3) DOCKET NUMBER, CASE NUMBER, OR OPINION NUMBER: 1212568
  (BP-11) (4) RESULT: DENIED
  (5) DATE OF RESULT: JANUARY 29, 2025
  (6) ISSUES RAISED: IN WAKE OF CHEVRON DOC'S THE LOWER COURTS HELD THAT UNDER CHEVRON DOC'S INTERPRETATION OF THE STATUE WAS REASONABLE, SCOTUS, HOWEVER HELD THAT THE ADMINISTRATIVE REMEDY PROCEDURE ACT DIRECTS COURTS TO "DECIDE LEGAL QUESTIONS BY APPLYING THEIR OWN JUDGMENT" AND THAT "AGENCY INTERPRETATIONS OF STATUES ARE NOT ENTITLED TO DEFERENCE, UNDER THE APA, IT REMAINS THE RESPONSIBILITY OF THE COURTS TO DECIDE WHETHER THE LAW MEANS WHAT THE AGENCY SAYS." LOPER BRIGHT MAY BE USED AGAINST BOP INTERPRETATION OF SOME OF THESE STATUES IT ADMINISTERS. I AM FSA ELIGIBLE AND LEAVE THIS ISSUE UP TO THE COURTS TO DECIDE WHETHER I AM QUALIFIED FOR THE (1) ONE YEAR OFF MY SENTENCE PER EARLY RELEASE PROCEDURES UNDER 18 U.S.C. 3621 (e) OR NOT. I AM NOW SERVING MY REMAINDER OF MY 151 MONTH SENTENCE AT FPC MORGANTOWN WHICH IS IN WEST VIRGINIA. I CAME HERE NOVEMBER 21, 2024 AS RDAP TRANSFER. NOW THIS FACILITY HAS BEEN DEACTIVATED. AFFECTIVE DATE: DECEMBER 4, 2024. I AM CURRENTLY IN RDAP WAIT DUE TO THE DEACTIVATION OF FPC MORGANTOWN.

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

69883066

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

Page 5 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

69883066

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

       If "Yes," provide:
       (1) Date of filing:
       (2) Case number:
       (3) Result:
       (4) Date of result:
       (5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes    ☒ No
    If "Yes," provide:
    (1) Name of court:
    (2) Date of filing:
    (3) Case number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

12. **Other appeals**
    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
    ☐ Yes    ☒ No
    If "Yes," provide:
    (a) Kind of petition, motion, or application:
    (b) Name of the authority, agency, or court:
    (c) Date of filing:
    (d) Docket number, case number, or opinion number:
    (e) Result:
    (f) Date of result:
    (g) Issues raised:

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** "LOPER BRIGHT" I HAVE EXHAUSTED MY ADMINISTRATIVE REMEDIES AND NOW LEAVE THIS IN THE HANDS OF THE COURTS TO DECIDE THAT WHETHER I AM ELIGIBLE FOR ONE YEAR OFF OR NOT.

(a) Supporting facts (Be brief. Do not cite cases or law.):
THE LOWER COURTS HELD THAT UNDER CHEVRON DOC'S INTERPRETATION OF THE STATUE WAS REASONABLE, SCOTUS HOWEVER HELD THAT THE ADMINISTRATIVE REMEDY PROCEDURE ACT DIRECTS COURTS TO DECIDE LEGAL QUESTIONS BY APPLYING THEIR OWN JUDGMENT AND AGENCY INTERPRETATIONS OF STATUES ARE NOT ENTITLED TO DEFERENCE

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** _____

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** _____

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

Page 7 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

69883066

TRULINCS 69883066 - STEPHENS, MATTHEW - Unit: FTD-V-B

---

FROM: 69883066
TO: Psychology
SUBJECT: ***Request to Staff*** STEPHENS, MATTHEW, Reg# 69883066, FTD-V-B
DATE: 09/06/2024 06:02:17 PM

To: Dr. Gomez
Inmate Work Assignment: Law Library

In wake of the new Chevron, DOC's the lower courts held that under Chevron, DOC's interpretation of the statue was reasonable, SCOTUS, however held that the Administrative Remedy Procedure Act directs courts to "decide legal questions by applying their own judgment" and that "agency interpretations of statues are not entitled to deference, Under the APA, it remains the responsibility of the courts to decide whether the law means what the agency says."

Loper Bright may be used against BOP interpretation of some of these statues it administers. However Loper Bright may not force the BOP to give FSA credits to people with 18 USC 924(c) convictions. Congress prohibited 924(c) convictions from getting FSA credits in the First Step Act. Only an amendment to the First Step Act passed by Congress and signed by the president will fix that.

Although, I am RDAP qualified. I have been denied the 1 year off for completing the RDAP and requesting the lower courts to decide whether I am eligible for the 1 year off my sentence due to Loper Bright and the Chevron DOC'S. Please accept this only as an opportunity to attempt pro se this through the exhaustion of the Administrative Remedy Process.

I am in the process of exhausting my Administrative Remedy Process to be eligible for the 1 year off my sentence for completing the RDAP. Thank you kindly. Have a great day.

(#2)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

_____

**Request for Relief**

15. State exactly what you want the court to do: I AM REQUESTING THE COURT TO CORRECT THE BOP ON THEIR PROGRAM POLICY STATEMENT AND DEMAND THE BOP TO MAKE ME ELIGIBLE FOR THE (1) ONE YEAR OFF MY SENTENCE PER 18 U.S.C. 3621(e) ONCE I COMPLETE THE (RDAP) RESIDENTIAL DRUG ABUSE PROGRAM.

Page 8 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

69883066

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
JANUARY 30, 2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 01/30/2025        *Matthew Stephens*
                        Signature of Petitioner

                        Signature of Attorney or other authorized person, if any

Page 9 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

69883066